Mark S. Kawata
1221 Kapiolani Blvd. Suite 808
Honolulu, Hawaii 96814
Telephone No. 955-2600

Attorney for Defendants
ATLAS STEEL CORPORATION
and SEUNG JI ROBERT LEE

United States Bankruptcy Court

District of Hawaii

In Re: Atlas Steel Corporation   Case No. 13-00011
                                     (Chapter 11)

                                 LIST OF CREDITORS

1) BBCN Bank
c/o Jonathan Lai, Esq.
999 Bishop St. 23rd Floor
Honolulu, HI 96813


2) Internal Revenue Service
Fresno, CA 93888-0002


3) KEMS, Inc.
c/o David Chee, Esq.
841 Bishop St. Suite 2125
Honolulu, HI 96813


4) Seung Ji Robert Lee
38 S. Judd St. Unit 18-A
Honolulu, HI 96817


5) Tony Kim
129 Dowsett Ave.
Honolulu, HI 96817